UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| Dr. Ahmed Rafe Yaghi and Reem Drugstores,<br><br>    Applicants,<br><br>    v.<br><br>Diagnostic Devices, Inc. and Ramzi Faud Jawdat Abu El-Haj aka Ramzi Faud Jawdat Abul Haj aka Ramzi Abulhaj,<br><br>    Respondents. | Case No.: 3:12-cv-201<br><br><br><br>**ORDER REGARDING CONSENT MOTION TO STAY** |

**THIS MATTER IS BEFORE THE COURT** on the Respondents' Consent Motion to Stay. Having considered the motion and reviewed the pleadings, and for good cause shown, the Court will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that this matter is **STAYED** pending the final resolution of the related matter in Jordan.

**IT IS FURTHER ORDERED** that, within fourteen (14) days of the final resolution of the related matter in Jordan, the parties shall file a Joint Notice informing the Court of the resolution of that matter.

**IT IS FURTHER ORDERED** that, once every ninety (90) days during the pendency of the stay in this action, the parties to this action shall file a Joint Status Report regarding the status of the proceedings in Jordan.

**SO ORDERED**

Signed: October 25, 2012.

*/s/ Graham C. Mullen*
United States District Judge