# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | |
|---|---|
| Dr. Ahmed Rafe Yaghi and Reem Drugstores, | Case No.: 3:12-cv-201 |
| Applicants, | **ORDER** |
| v. | |
| Diagnostic Devices, Inc. and Ramzi Faud Jawdat Abu El-Haj aka Ramzi Faud Jawdat Abul Haj aka Ramzi Abulhaj | |
| Respondents. | |

This matter is before the Court upon Applicant's Motion to Recognize and Enforce a Foreign Arbitral Award (Doc. No. 20), filed August 9, 2012. His matter was stayed pending an appeal of the arbitration award in the Hashemite Kingdom of Jordan, Amman Court of Appeals. The arbitral award was recently dismissed by Order of the Hashemite Kingdom of Jordan, Ministry of Justice, Jordanian Court of Cassation. Respondent then filed a Motion to Deny Applicants' Application and Motion to Recognize and Enforce Foreign Arbitral Award. (Doc. No. 40).

IT IS THEREFORE ORDERED that Respondent's Motion to Deny Applicants' Application and Motion to Enforce Foreign Arbitral Award (Doc. No. 40) is hereby GRANTED and the Applicant's Motion to Recognize and Enforce a Foreign Arbitral Award (Doc. No. 20) is hereby DENIED. All claims brought in this action by or between the Applicants and Respondents are dismissed, with prejudice. Each party shall bear its own fees and costs associated therewith.

Signed: November 12, 2014

Graham C. Mullen
United States District Judge