# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Ahmed Rafe' Yaghi Reem Drugstore**,** | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:12-cv-00201-GCM |
| | ) | |
| vs. | ) | |
| | ) | |
| Ramzi Abulhaj Diagnostic Devices, Inc.**,** Defendant(s). | ) ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's November 12, 2014 Order.

November 12, 2014

_Frank G. Johns_
Frank G. Johns, Clerk
United States District Court